924

No. 6512.  CANTRELL *v.* KANSAS.  Sup. Ct. Kan. Certiorari denied.  MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 6325.  NEMKE *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.  MR. JUSTICE HARLAN and MR. JUSTICE MARSHALL would grant certiorari, vacate judgment below, and remand case in light of *Escobedo* v. *Illinois,* 378 U. S. 478 (1964), *Miranda* v. *Arizona,* 384 U. S. 436 (1966), and MR. JUSTICE HARLAN's separate opinion in *Mackey* v. *United States* (and companion cases), 401 U. S. 667, 675, and MR. JUSTICE MARSHALL's separate opinion in *Williams* v. *United States* (and companion case), 401 U. S. 646, 665.

No. 6698.  GANCI *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.  MR. JUSTICE BRENNAN and MR. JUSTICE STEWART are of the opinion that certiorari should be granted.

No. 152.  PATTERSON *v.* HUMBLE OIL & REFINING CO. ET AL., 401 U. S. 922.  Petition for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this petition.

No. 1034.  JACOBS *v.* UNITED STATES, 401 U. S. 924. Petition for rehearing denied.  MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

No. 6276.  SINGAL *v.* BLACKWELL, WARDEN, ET AL., 401 U. S. 922.  Motion for leave to file petition for rehearing denied.